# ZIMMERMAN LAW OFFICES, P.C.

77 West Washington Street
Suite 1220
Chicago, Illinois 60602
Telephone (312) 440-0020
Facsimile (312) 440-4180
www.attorneyzim.com

October 15, 2020

**<u>Via E-Mail</u>**
Danielle Stierna
Amy Pierce
Stephen Turner
Lewis Brisbois Bisgaard & Smith LLP
633 W. 5th Street, Suite 4000,
Los Angeles, CA 90071
*Danielle.Stierna@lewisbrisbois.com*
*Amy.Pierce@lewisbrisbois.com*
*Stephen.Turner@lewisbrisbois.com*

      **Re:**    Plaintiff's Proposed Consent Sampling Protocol
             *Pascal v. Concentra* (Case No. 3:19-cv-002559-JCS, N.D. Cal)

Dear Counsel:

Pursuant to the Court's Order on the Joint Discovery Letter (Dkt. 87), Plaintiff proposed to Concentra, Inc. ("Concentra", or together with Plaintiff, the "Parties") a sampling protocol on September 18, 2020, and Concentra responded with its proposed sampling protocol on October 2, 2020. Concentra claims that it would save time and costs in consent sampling if a random sample of the recipients is first selected prior to Concentra having to produce data for the entire set. Therefore, Plaintiff proposes the following modified proposal:

1. In its Third Supplemental Response to Plaintiff's Special Interrogatory No. 4, Concentra claims to have identified over one hundred sources, four channels, and fifteen subchannels of potential recruits' contact information.

2. Dr. Petersen shall randomly select 300 phone numbers of recipients from Textedly's production using the simple random sample method. According to Dr. Petersen, this number of records will provide a sufficient starting point for determining the distribution of phone numbers within the subchannels.

3. Within fifteen (15) days, Concentra shall identify what it claims are the source(s), channels, and subchannels for each of the recipients' phone numbers selected, and Concentra shall produce all documents and information pertaining to transactions associated with the phone numbers without alterations or redactions.

4. Dr. Peterson may request to repeat steps 2–3 for sampling up to 1,000 phone numbers, until both Parties' experts are satisfied that the sample sizes are statistically significant.

**EXHIBIT 1**

5. As for Text Recruit, the above process and time frames should be followed for the campaigns sent to more than 50 people using Text Recruit. The Text Recruit campaigns have been identified in the attached Exhibit "A." Dr. Petersen shall randomly select 300 phone numbers of recipients from these campaigns using the simple random method.

6. The Parties will file a joint stipulation with the Court seeking a 4-month extension on all deadlines set by the Court's Scheduling Order of July 16, 2020 (ECF No. 78).

7. Plaintiff proposes that the Parties stipulate to the following:

    a. The Parties agree that the sampling protocol outlined above is designed to achieve a statistically significant representative sample of the putative Class as a whole, and the results of the protocol are a statistically significant representative sample of the putative Class as a whole;

    b. The Parties agree that the protocol as outlined above is not unduly burdensome, is proportional to the needs of the case, and is reasonably calculated to lead to the discovery of admissible evidence;

    c. No Party will be permitted to challenge the protocol or contend the sampling protocol conducted as outlined above is not a statistically significant representative sample;

    d. The Parties agree that all documents and information produced pursuant to the protocol as outlined above are admissible and may be used for all purposes in this case, no personally identifiable information will be redacted from documents produced, but all personally identifiable information in documents filed before the Court will be redacted, except the last four digits of the phone numbers; and

    e. Nothing herein shall be construed to limit or restrict what any Party may otherwise produce or seek in discovery, subject to prior Court orders, the Local Rules of the U.S. District Court for the Northern District of California, and the Federal Rules of Civil Procedure.

Sincerely,

*/s/ Thomas A. Zimmerman, Jr.*

Thomas A. Zimmerman, Jr.

Exhibit "A"

Text Recruit Campaigns

| Date Sent | Campaign | Messages |
|---|---|---|
| 8/14/20 | UC/OCC Med | 54 |
| 8/13/20 | UC/OCC Med | 53 |
| 8/12/20 | UC/OCC Med | 204 |
| 8/10/20 | Director Physician in Madison | 138 |
| 7/15/20 | Select Medical | 356 |
| 5/29/20 | Kelly with Valor - Bloomington | 361 |
| 5/26/20 | Kelly with Valor - Bloomington | 564 |
| 5/26/20 | Kelly with Valor - Bloomington (No | 63 |
| 5/4/20 | Physician Opening | 679 |
| 4/27/20 | Phyisician Leadership Role | 702 |
| 4/20/20 | Phyisician Leaders Midwest | 881 |
| 4/9/20 | Valor - Federal Way | 565 |
| 4/8/20 | Valor - Cody, WY | 84 |
| 4/7/20 | 2 Full Time Staff Phyisicians | 897 |
| 4/7/20 | Valor - Clinical Medical - Cody, WY | 63 |
| 4/6/20 | Full Time Medical Director - Cody, | 110 |
| 3/27/20 | Joining Medical Practice | 201 |
| 3/24/20 | Clinical Medical Director | 92 |
| 3/20/20 | Center Medical Director Bay Area | 625 |
| 3/13/20 | Physician - Midwest | 634 |
| 3/13/20 | Medical Practice Concentra | 146 |
| 3/12/20 | Valor - Phyisician Opportunities - V | 165 |
| 3/11/20 | Kelly w Valor - WA | 249 |
| 3/6/20 | Bay Area and Central Valley | 412 |
| 3/5/20 | Nationwide Physician Leadership | 1162 |
| 3/4/20 | Medical Director Oxnard CA | 74 |
| 2/28/20 | Join Medical Practice | 76 |
| 2/21/20 | Bay Area and Central Valley | 237 |
| 2/20/20 | Medical Director Lincoln, NE | 392 |
| 2/19/20 | Parsippany Physician | 143 |
| 2/18/20 | Spanish - Foothill Ranch CA | 72 |
| 2/18/20 | Spanish - Foothill Ranch CA | 139 |
| 2/18/20 | Director - Oxnard CA | 146 |
| 2/14/20 | Medical Practice Concentra | 70 |
| 2/9/20 | Joining Medical Practice | 135 |
| 2/7/20 | Hiring MD/DO Bay Area Central V | 76 |
| 2/1/20 | Hiring MD/DO Bay Area Central V | 412 |
| 1/31/20 | Growing California Market | 55 |

| | Date | Description | Value |
|---|---|---|---|
| | 1/31/20 | Phyisician Leaders | 74 |
| | 1/31/20 | Multiple Clinics | 151 |
| | 1/31/20 | Leader in Workplace Health | 64 |
| | 1/31/20 | MD/DO Bay Area Central Valley | 261 |
| | 1/31/20 | 100+ Clinics | 73 |
| | 1/31/20 | Director Position Harrisburg | 78 |
| | 1/31/20 | Multiple Clinics California | 69 |
| | 1/28/20 | Indianapolis | 733 |
| | 1/22/20 | Medical Director - Kansas City | 153 |
| | 12/23/19 | Phyisicians - LA/orange cty | 58 |
| | 12/16/19 | Center Medical Director Bay Area | 923 |
| | 12/11/19 | Join the Leader - LA/Orange Cty | 61 |
| | 12/10/19 | Clinic Leadership Positions - LA/O | 106 |
| | 12/10/19 | Nationwide Clinicians | 64 |
| | 12/9/19 | Supplemental Income | 197 |
| | 12/6/19 | Medical Director - Madison WI | 792 |
| | 11/25/19 | Medical Directors Orange and LA | 94 |
| | 11/19/19 | Seacaucus NJ | 467 |
| | 11/12/19 | Medical Directors Orange and LA | 131 |
| | 11/11/19 | Medical Directors Orange and LA | 152 |
| | 11/11/19 | Capital Grille | 1057 |
| | 11/8/19 | Capital Grille | 1122 |
| | 11/7/19 | Capital Grille | 976 |
| | 11/6/19 | Capital Grille | 1209 |
| | 11/5/19 | Capital Grille | 1091 |
| | 11/4/19 | Capital Grille | 1432 |
| | 11/4/19 | Medical Directorships S. Cal | 72 |
| | 11/4/19 | Medical Directors S. Cal | 76 |
| | 11/2/19 | OCCMED | 70 |
| | 11/1/19 | Medical Directors, Staff Phyisician | 86 |
| | 11/1/19 | Leader in S. Cal | 83 |
| | 11/1/19 | National Director Search S. Cal | 600 |
| | 11/1/19 | Leader in Workplace Health | 224 |
| | 10/31/19 | Clinic Med. Directors S. Cal | 1073 |
| | 10/29/19 | Referral Management Valencia CA | 100 |
| | 10/22/19 | Columbia, MD | 120 |
| | 10/21/19 | Medical Practice Concentra | 267 |
| | 10/15/19 | Columbia, MD | 931 |
| | 10/14/19 | CMD in California | 478 |
| | 10/4/19 | Columbia, MD | 210 |
| | 10/4/19 | Charlotte | 119 |
| | 9/30/19 | Still thinking about Joining | 108 |
| | 9/26/30 | Indianapolis | 554 |

| | | | |
|---|---|---|---|
| | 9/23/19 | Info about Joining | 116 |
| | 9/17/19 | CMD in California | 87 |
| | 9/17/19 | Moreno / San Beradino | 181 |
| | 9/16/19 | Bay Area, Santa Rosa, and Centra | 123 |
| | 9/12/19 | Philadelphia & Bellmawr | 247 |
| | 9/9/19 | Bay Area and Central Valley | 306 |
| | 9/6/19 | Ontario | 228 |
| | 9/3/19 | San Diego | 581 |
| | 9/3/19 | CMD Bay Area | 123 |
| | 8/29/19 | Nationwide | 128 |
| | 8/26/19 | LA & Orange Cty | 112 |
| | 8/22/19 | LA & Orange Cty | 229 |
| | 8/20/19 | Bellevue VA | 99 |
| | 8/20/19 | LPN Federal Way VA | 144 |
| | 8/19/19 | CMD Bay Area | 283 |
| | 8/14/19 | Madison | 215 |
| | 6/4/19 | Staff Physician Danville VA | 118 |
| | | | |
| | | Total | 31566 |