UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PASCAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONCENTRA, INC.,<br><br>　　　　Defendant. | Case No. 19-cv-02559-JCS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL**<br><br>Docket No. 89 |

The parties have filed a joint letter, Docket Number 89, in which Plaintiff seeks certain documents from the Defendant (the "Motion"). The Court rules as follows:

1. As to Issue Number 1, the Court adopts the protocol suggested by Dr. Chiang (Docket 89-4 at 5) with the following modifications: at steps 5, 6 and 7 the number of mobile numbers shall be changed from 100 to 300.

2. The Motion is **DENIED** without prejudice to renewal after review of the data collected by the parties, including the data to be provided pursuant to No. 1 above.

3. Defendant is ordered to cooperate with TextRecruit and Plaintiff in Plaintiff's efforts to obtain information so that it can determine what number, entity or code would go into a "FROM" field for the SMS logs for TextRecruit already produced.

**IT IS SO ORDERED.**

Dated: November 2, 2020

　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge