**EXHIBIT 2**

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*One of the Attorneys*
*for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE PASCAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONCENTRA, INC., a Delaware corporation<br><br>Defendant. | Case No.: 3:19-cv-02559-JCS<br><br>**AMENDED NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)** |

**To:** Amy Pierce
Stephen H. Turner
Danielle E. Stierna
Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, California, 90071
Amy.pierce@lewisbrisbois.com
Stephen.Turner@lewisbrisbois.com
Danielle.Stierna@lewisbrisbois.com
**Counsel for Concentra, Inc.**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff's counsel will take the deposition of one or more representatives of Defendant Concentra, Inc. ("Concentra") on the topics listed below. The deposition will be taken at **10:00 a.m., on April 15, 2021,** via video or internet conference technology.

The deposition will be taken before an officer authorized by law to administer oaths and take testimony and will be recorded by audio/video and stenographically. The deposition will continue from time to time until concluded and will be used for all lawful purposes.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), Concentra, Inc. ("Defendant") shall designate the person(s) for examination who is/are the most knowledgeable on the following subjects for the time period from May 13, 2015 through the present:

1. Defendant's policies and procedures relating to the use of Textedly, Text Recruit, and any other programs, equipment, or systems, used for employee recruitment purposes.

2. Events, occurrences, communications, and documents concerning the following: Defendant's decision, including the request and approval for purchasing and using a Textedly subscription, canceling or deciding not to renew the Textedly subscription, and purchasing and using Text Recruit.

3. Defendant's search, investigation, preparation, and production of documents in this litigation, in particular with respect to the documents relating to the sample phone numbers, lists and documents used to input data into Textedly and Text Recruit, and records concerning the phone number of Plaintiff's.

4. The sources and provenances of contact information used to send texts on Textedly and Text Recruit, including but not limited to the files and sources used to input data into Textedly on the following dates: January 11, 2018; May 8, 2018, August 22, 2018, September 4, 2018, September 11, 2018, October 18, 2018, November 12, 2018, December 6, 2018, January 25, 2019, March 26, 2019, May 3, 2019, May 10, 2019, and May 13, 2019.

5. Defendant's policies and procedures, if any, for obtaining, confirming, and substantiating consent to contact persons, and determining the scope of or nature of consent to be contacted.

6. Defendant's practices regarding acquisition, storage, and preservation of records of contact information and consent records, as well as preservation of records concerning acquisition of contact information and consent records.

7. Defendant's transactions, documents, and communications with and regarding Passmore Enterprise LLC d/b/a Healthy Recruiting Tools, Inc.

8. Defendant's transactions, documents, and communications with Critical Connection, Inc.

9. Defendant's transactions, documents, and communications with and regarding PracticeLink, Ltd.

10. Defendant's transactions, documents, and communications with and regarding Profiles Physician Database.

11. Defendant's transactions, documents, and communications with and regarding Indeed.com.

12. Defendant's transactions, documents, and communications with and regarding INLINE Group Data Vendor.

13. Defendant's transactions, documents, and communications with and regarding the APTA Association.

14. Defendant's transactions, documents, and communications with and regarding Checkster.

15. Defendant's practices and uses of iCIMS.

16. Defendant's practices and uses of Dynamics 365.

17. Defendant's practices and procedures regarding maintenance, storage, and preservation of records of communications between Defendant and potential recruits, including but not limited to the capabilities of Defendant's systems to search, manage, sort, and filter such records by specified criteria.

18. Defendant's practices and procedures for recording whether a phone number is business, cellular, or residential.

19. Defendant's practices and procedures for receiving, responding to, remedying, and curing complaints, and preserving records of complaints and "Stop" requests related to Defendant's text message practices, including measures taken in response to or subsequent to the commencement of this action.

20. Defendant's records and recordkeeping practices relating to data concerning text messages sent by Defendant using Textedly and Text Recruit, and any other similar programs used to send text messages, including but not limited to lists of phone numbers contacted, names, personal identifying information, text message content, date and time of delivery, and responses received.

21. Defendant's practices and procedures for obtaining and retaining information Defendant used to input into Textedly and Text Recruit for text message delivery, including but not limited to contact information, identity of sources of records containing contact information, records of consent to be contacted by Defendant, records of revocation of any prior consent, Defendant's internal do not call list, and records relating to scrubbing numbers on Defendant's internal do not call list or the national do not call list.

22. Defendant's practices and policies of maintaining compliance with telephone consumer protection laws, the National Do Not Call registry, and Defendant's internal do not call list, including process and procedures for requesting, conducting, implementing, authorizing, and approving employee recruitment text campaigns.

23. Step by step process for drafting a text message, compiling list of phone numbers, and using Textedly and Text Recruit to transmit such message to lists of phone numbers, and confirming whether message(s) were sent and received, including but not limited to:

- August 7, 2018, using Textedly

- September 11, 2018, using Textedly

- October 30, 2018, using Textedly

- December 6, 2018, using Textedly

- On May 13, 2019, using Textedly

- On June 7. 2019, using Textedly
- On April 17, 2019, using Textedly
- On March 26, 2019, using Textedly
- November 4–11, 2019, using Text Recruit
- On March 5, 2020, using Text Recruit
- On October 31, 2019, using Text Recruit

A list of all parties or attorneys for parties on whom this Amended Notice of Deposition is being served is shown in the accompanying Proof of Service.

Dated: March 23, 2021                                  Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

By:/s/Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
tom@attorneyzim.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiff
and those similarly situated*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN MATEO

At the time of service, I was over 18 years of age. I am employed in County of San Mateo, State of California. My business address is Javitch Law Office, 480 S. Ellsworth Ave, San Mateo, California, 94401.

On March 23, 2021, I mailed and emailed Plaintiff's Amended Notice of Deposition to counsel for Defendant to:

Amy Piece
Danielle Stierna
Stephen Turner
Lewis Brisbois
633 W 5th St Ste 4000
Los Angeles CA 90071-2074

*Attorneys for Defendant Concentra, Inc.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 23, 2021 at San Mateo, California.

Dated: March 23, 2021                    /s/ Mark L. Javitch