**EXHIBIT 3**

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*One of the Attorneys*
*for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE PASCAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONCENTRA, INC., a Delaware corporation<br><br>Defendant. | Case No.: 3:19-cv-02559-JCS<br><br>**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)** |

**To:**   Amy Pierce
Stephen H. Turner
Danielle E. Stierna
Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, California, 90071
Amy.pierce@lewisbrisbois.com
Stephen.Turner@lewisbrisbois.com
Danielle.Stierna@lewisbrisbois.com
**Counsel for Concentra, Inc.**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff's counsel will take the deposition of one or more representatives of Defendant Concentra, Inc. ("Concentra") on the topics listed below. The deposition will be taken at **10:00 a.m., on April 8, 2021,** at the corporate headquarters of Concentra, Inc., 5080 Spectrum Drive, Suite 1200W Addison, Texas, 75001.

The deposition will be taken before an officer authorized by law to administer oaths and take testimony and will be recorded by audio/video and stenographically. The deposition will continue from time to time until concluded and will be used for all lawful purposes.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), Concentra, Inc. ("Defendant") shall designate the person(s) for examination who is/are the most knowledgeable on the following subjects for the time period from May 13, 2015 through the present:

1. Defendant's activities, experiences, practices, and procedures relating to the use of Textedly, Text Recruit, and any other similar programs, equipment, or systems that Defendant uses or used to send text messages for all employment-related text messages sent by Defendant or on Defendant's accounts.

2. Defendant's activities, experiences, practices, and procedures for obtaining contact information for the purpose of sending text messages, including the sources and provenances of such information.

3. Defendant's activities, experiences, practices, and procedures, if any, for obtaining consent to contact persons and preserving records of consent.

4. Defendant's activities, experiences, practices, and procedures regarding maintenance, storage, and preservation of records of communications between Defendant and potential recruits.

5. Defendant's activities, experiences, practices, and procedures for how Defendant records whether a phone number is business, cellular, or residential.

6. Defendant's activities, experiences, practices, and procedures for how Defendant received, responded to, and kept track of complaints related to Defendant's text message practices.

7. Defendant's records and recordkeeping practices relating to data concerning text messages sent by Defendant using Textedly and Text Recruit, and any other similar programs used to send text messages, including but not limited to lists of phone numbers contacted, names, personal identifying information, text message content, date and time of delivery, and responses received.

8. Defendant's practices and procedures for obtaining and retaining information Defendant used to input into Textedly and Text Recruit for text message delivery, including but not limited to contact information, identity of sources of records containing contact information, records of consent to be contacted by Defendant, records of revocation of any prior consent, Defendant's internal do not call list, and records relating to scrubbing numbers on Defendant's internal do not call list or the national do not call list.

9. Defendant's practices and policies of maintaining compliance with telephone consumer protection laws, the National Do Not Call registry, and Defendant's internal do not call list, including process and procedures for requesting, conducting, implementing, authorizing, and approving employee recruitment text campaigns.

10. Step by step process for drafting a text message, compiling list of phone numbers, and using Textedly and Text Recruit to transmit such message to lists of phone numbers, and confirming whether message(s) were sent and received, including but not limited to:

- On May 13, 2019, using Textedly

- On June 7. 2019, using Textedly

- On April 17, 2019, using Textedly

- On March 27, 2019, using Textedly

- November 4–11, 2019, using Text Recruit

- On March 5, 2020, using Text Recruit

- On October 31, 2019, using Text Recruit

A list of all parties or attorneys for parties on whom this Notice of Deposition is being served is shown in the accompanying Proof of Service.

Dated: March 9, 2021                    Respectfully submitted,


By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

By:/s/Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
tom@attorneyzim.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiff
and those similarly situated*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN MATEO

At the time of service, I was over 18 years of age. I am employed in County of San Mateo, State of California. My business address is Javitch Law Office, 480 S. Ellsworth Ave, San Mateo, California, 94401.

On March 9, 2021, I mailed and emailed Plaintiff's Notice of Deposition to counsel for Defendant to:

Amy Pierce
Danielle Stierna
Stephen Turner
Lewis Brisbois
633 W 5th St Ste 4000
Los Angeles CA 90071-2074

*Attorneys for Defendant Concentra, Inc.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 9, 2021 at San Mateo, California.

Dated: March 9, 2021                             /s/ Mark L. Javitch