Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*
and those similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PASCAL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CONCENTRA, INC.,<br><br>　　　　　　Defendant. | Case No.:  3:19-cv-02559-JCS<br><br>**PLAINTIFF LAWRENCE PASCAL'S NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff LAWRENCE PASCAL appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Concentra's Motion for Summary Judgment, Denying Plaintiff's Motion for Summary Judgment, and Dismissing Plaintiff's Complaint With Prejudice (Dkt. 155) ("Order") and Judgment in a Civil Case (Dkt. 159) ("Judgment"), which were entered in this case on December 14, 2021, and effectively denied all relief requested in Plaintiff's lawsuit.

A true and correct copy of the Order is attached hereto as Exhibit A, and a true and correct copy of the Judgment is attached hereto as Exhibit B. Pursuant to Rule 3-2(b) of the Ninth Circuit Rules of Appellate Procedure, attached hereto as Exhibit C is Plaintiff-Appellant LAWRENCE PASCAL's Representation Statement.

Dated: January 6, 2022            Respectfully submitted

By: /s/ Thomas A. Zimmerman, Jr.
Zimmerman Law Offices, P.C.
Thomas A. Zimmerman , Jr.
77 West Washington Street
Suite 1220
Chicago, IL 60602
312-440-0020
Fax: 312-440-4180
Email: tom@attorneyzim.com

By: /s/ Mark L. Javitch
Javitch Law Office
Mark L. Javitch (SBN 323729)
480 S. Ellsworth Ave.
San Mateo CA 94401
Tel: (650) 781-8000
Fax: (650) 648-0705
Email: mark@javitchlawoffice.com

*Attorneys for Plaintiff*
LAWRENCE PASCAL
And those similarly situated

# CERTIFICATE OF SERVICE

Filed electronically on this 6th day of January 2022, with the United States District Court for the Northern District of California CM/ECF system.

Notification was, therefore, automatically sent through the CM/ECF system to Counsel of record for Defendant:

Pamela Madeliene Ferguson
Lewis Brisbois Bisgaard & Smith LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104
(415) 362-2580
Fax: (415) 434-0882
Email: pamela.ferguson@lewisbrisbois.com

Amy L Pierce
Lewis Brisbois Bisgaard & Smith LLP
2020 W. El Camino Avenue
Suite 700
Sacramento, CA 95833
(916) 646-8210
Fax: (916) 564-5444
Email: amy.pierce@lewisbrisbois.com

Danielle E. Stierna
Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
213-250-1800
Fax: 213-250-7900
Email: danielle.stierna@lewisbrisbois.com
Fax: 415-343-7100

By: /s/ Mark L. Javitch
Mark L. Javitch