| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Form CAND 133 (Rev. 10/2021) | **BILL OF COSTS**<br>*Please follow the instructions on page 3 when completing this form.* | | **COURT USE ONLY**<br>OBJECTION DEADLINE:<br>OBJECTION FILED: YES ☐   No ☐ |
|---|---|---|---|
| 1. CASE NAME<br>LAWRENCE PASCAL v. CONCENTRA, INC. | 2. CASE NUMBER<br>3:19-cv-02559-JCS | 3. DATE JUDGMENT ENTERED<br>10/2/2023 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED<br>Lawrence Pascal |
| 5. NAME OF CLAIMING PARTY<br>Concentra, Inc. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")<br>Amy L. Pierce | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

| 8. REQUEST TO TAX THE FOLLOWING AS COSTS: | | | (SHADED AREAS ARE FOR COURT USE ONLY) | | |
|---|---|---|---|---|---|
| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | | | | | |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $2,972.77 | Deposition Transcript of Dr. Stephen D. Passmore (invoice from Magna Legal Services #615792 for $1,031.35); Deposition Transcript of Amanda Glazer (invoice from Magna Legal Services #698957 for $336.42); Deposition Transcript of Randall A. Snyder from Huseby Global Litigation #687486 for $989.00); and Deposition Transcript of Ken Sponsler from Magna Legal Services #737492 for $616.00) | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |

130240129.1

| | | | | | |
|---|---|---|---|---|---|
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| TOTAL AMOUNT | $2,972.77 | | $ 0.00 | $ 0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924:** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party:** Amy L. Pierce attorney for Concentra, Inc.

SIGNATURE:                                              DATE: 10/11/2023

11. Costs are taxed in the amount of                         and included in the judgment.

Mark B. Busby
Clerk of Court

BY:                              Deputy Clerk          DATE:

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $ 0.00 |

# Huseby.com

**INVOICE**  1 of 1

Corporate Headquarters
1230 West Morehead St. Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 687486 | 8/23/2021 | 353219 |
| **Job Date** | **Case No.** | |
| 8/9/2021 | 3:19-cv-02559-JCS | |
| **Case Name** | | |
| Lawrence Pascal vs. Concentra, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Amy L. Pierce, Esq.
Lewis Brisbois Bisgaard & Smith LLP
333 Bush St
Ste 1100
San Francisco, CA 94104

ORIGINAL TRANSCRIPT OF:
Randall A. Snyder ............................................................. 989.00

**TOTAL DUE >>>   $989.00**

Location of Job   : All parties appearing remotely, CA

RECEIVED
By Michael.Woodard at 1:11 pm, Aug 23, 2021

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752

*Please detach bottom portion and return with payment.*

Amy L. Pierce, Esq.
Lewis Brisbois Bisgaard & Smith LLP
333 Bush St
Ste 1100
San Francisco, CA 94104

Job No.        : 353219           BU ID        : California
Case No.       : 3:19-cv-02559-JCS
Case Name      : Lawrence Pascal vs. Concentra, Inc.

Invoice No.    : 687486           Invoice Date : 8/23/2021
**Total Due    : $989.00**

**PAYMENT WITH CREDIT CARD**   [VISA] [MasterCard] [AMEX]

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  Huseby Global Litigation
P.O. Box 6180
Hermitage, PA 16148-0922

---

**43127-3**
**Select Medical**
**Pascal, Lawrence v. Arms, Jason, et al.**
Date:          8/23/21
WIP Seq#:      771,387,150
Check#:        342430
Amount:        989.00

Vendor:      62760   Huseby, Inc.
Voucher:   2794758   Distribution          6774928   Distribution Level
Doc ID:    0002XWBW  Page         1

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 615792 | 8/28/2020 | 605461 |
| Job Date | | Case No. |
| 7/29/2020 | | |

**Case Name**

Lawrence Pascal v. Concentra, Inc.

**Payment Terms**

Due upon receipt

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:215.207.9460  Fax:215-207-2322

Amy L. Pierce, Esq.
Lewis Brisbois Bisgaard & Smith LLP
Accountspayable@lewisbrisbois.com
, CA

**RECEIVED** By Michael Woodard at 11:23 am, 8/28/20

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Dr. Stephen D. Passmore | | | | |
| Exhibit | 93.00 Pages | @ | 3.55 | 330.15 |
| Expert/Tech | 2,470.00 Pages | @ | 0.25 | 617.50 |
| Video Pages | 93.00 Pages | @ | 0.45 | 41.85 |
| Go Green Lit Package (Complimentary) | 93.00 Pages | @ | 0.45 | 41.85 |
| | | | 0.00 | 0.00 |
| | **TOTAL DUE >>>** | | | **$1,031.35** |

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 20-8474245                                      Phone: 916-564-5400    Fax:

*Please detach bottom portion and return with payment.*

Amy L. Pierce, Esq.
Lewis Brisbois Bisgaard & Smith LLP
Accountspayable@lewisbrisbois.com
, CA

Job No.     : 605461                  BU ID    : Chicago
Case No.    :
Case Name   : Lawrence Pascal v. Concentra, Inc.

Invoice No. : 615792                  Invoice Date : 8/28/2020
**Total Due** : **$1,031.35**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                       Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA  19182-2804**

---

**43127-3**
**Select Medical**
**Pascal, Lawrence v. Arms, Jason, et al.**
Date:           8/28/20
WIP Seq#:       714,705,660
Check#:         307981
Amount:         1,031.35

Vendor:    54608    Magna Legal Services, LLC
Voucher:   2658380  Distribution          6466327    Distribution Level
Doc ID:    0002NRHJ Page       1

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 698957 | 5/10/2021 | 706139 |
| **Job Date** | | **Case No.** |
| 4/15/2021 | | |
| **Case Name** | | |
| Lawrence Pascal v. Concentra, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone: 215.207.9460   Fax: 215-207-2322

Accounts Payable
Lewis Brisbois Bisgaard & Smith LLP
Accountspayable@lewisbrisbois.com
Sacramento, CA 95833

1 CERTIFIED COPY OF TRANSCRIPT OF:
Amanda Glazer                 102.00 Pages  @  3.050    311.10
   Scanned Exhibits            57.00        @  0.250     14.25
   Go Green Lit Package (Complimentary)  1.00  @  0.000   0.00
   Delivery of Sealed Original  1.00        @ 11.070     11.07

                                    TOTAL DUE  >>>       $336.42

**RECEIVED**
*By Michael.Woodard at 9:53 am, May 10, 2021*

Location of Job : VIRTUAL DEPOSITION REQUESTED , TX
Ordered by      : Amy L. Pierce, Esq.
                  Lewis Brisbois Bisgaard & Smith LLP
                  2020 West El Camino Avenue
                  Suite 700
                  Sacramento, CA 95833

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID**: 83-2616308

*Please detach bottom portion and return with payment.*

Job No.       : 706139           BU ID    : Chicago
Case No.      :
Case Name     : Lawrence Pascal v. Concentra, Inc.

Accounts Payable
Lewis Brisbois Bisgaard & Smith LLP
Accountspayable@lewisbrisbois.com
Sacramento, CA 95833

Invoice No.   : 698957           Invoice Date  : 5/10/2021
**Total Due** : $336.42

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                       Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:                              051021(m)-013

Remit To: Magna Legal Services LLC
          P.O. Box 822804
          **Philadelphia, PA 19182-2804**

---

**43127-3**
**Select Medical**
**Pascal, Lawrence v. Arms, Jason, et al.**
Date:          5/10/21
WIP Seq#:      755,608,860
Check#:        332008
Amount:        336.42

Vendor:    54608      Magna Legal Services, LLC
Voucher:   2756776    Distribution         6682243    Distribution Level
Doc ID:    0002V428   Page          1

```
RECEIVED
By angelique.johnson at 1:57 pm, Sep 10, 2021
```

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 737492 | 8/31/2021 | 737883 |
| Job Date | | Case No. |
| 8/4/2021 | | |

**Case Name**

Lawrence Pascal v. Concentra, Inc.

**Payment Terms**

Due upon receipt

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

083121(a)-030   1 of 1

Accounts Payable
Lewis Brisbois Bisgaard & Smith LLP
633 W. Fifth Street, Suite 4000
U.S. Bank Tower
Los Angeles, CA 90071

1 CERTIFIED COPY OF TRANSCRIPT OF:
Expert: Ken Sponsler                      140.00  Pages  @  3.650      511.00
Expert/Tech                                140.00  Pages  @  0.500       70.00
GoGreenScripts Lit Package                   1.00         @ 35.000       35.00

                                            TOTAL DUE >>>               $616.00

Location of Job : VIRTUAL DEPOSITION, FL
Ordered by      : Amy L. Pierce, Esquire
                  Lewis Brisbois Bisgaard & Smith LLP
                  633 W. Fifth Street, Suite 4000
                  U.S. Bank Tower
                  Los Angeles, CA 90071

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

(-) Payments/Credits:        0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:           $616.00

**Tax ID: 83-2616308**

*Please detach bottom portion and return with payment.*

Accounts Payable
Lewis Brisbois Bisgaard & Smith LLP
633 W. Fifth Street, Suite 4000
U.S. Bank Tower
Los Angeles, CA 90071

Job No.     : 737883           BU ID        : California
Case No.    :
Case Name   : Lawrence Pascal v. Concentra, Inc.

Invoice No. : 737492           Invoice Date : 8/31/2021
Total Due   : $616.00

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                        Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:                                           083121(a)-030

Remit To: Magna Legal Services LLC
          P.O. Box 822804
          Philadelphia, PA 19182-2804

---

**43127-3**
**Select Medical**
**Pascal, Lawrence v. Arms, Jason, et al.**
Date:         8/31/21
WIP Seq#:     775,828,220
Check#:          344757
Amount:          616.00

Vendor:   120269    Magna Legal Services, LLC
Voucher:  2804293   Distribution              6800020    Distribution Level
Doc ID:   0002YHDM  Page           1